THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BENNETT, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Application for leave to appeal on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of PASQUALE DI SALVO, Appellant, against MASTER WATERPROOFING & ROOFING CORP. and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten record denied, without costs, because the papers show that only questions of fact are involved which we have no jurisdiction to review. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.